Carley **GRACIE**, an individual; and Gracie USA, a California corporation, Plaintiffs–Appellants,

v.

Rorion **GRACIE**; Brajitsu, a California corporation; W.O.W. Promotions; and Semaphore Entertainment Group, Defendants–Appellees.

No. 04–15014.
D.C. No. CV–94–04156–SC.

United States Court of Appeals, Ninth Circuit.

Nov. 14, 2005.

Ann McFarland Draper, Esq., San Francisco, CA, for Plaintiffs–Appellants.

David J. Cook, Esq., Cook, Perkiss & Lew, Timothy F. Perry, Esq., Perry and Associates, Paul W. Vapnek, Esq., Town-

send & Townsend & Crew, LLP, San Francisco, CA, for Defendants–Appellees.

Before: TROTT, RYMER and PLAGER,* Circuit Judges.

## ORDER

This case is referred to the Settlement Unit to explore a possible resolution through mediation. Submission is vacated as to the issues not resolved in the memorandum disposition filed contemporaneously with this order until 60 days from the date of this order. Vacatur may be extended by further order of this panel or the Chief Circuit Mediator.